### UNITED STATES DISTRICT COURT FOR
### THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
    Plaintiff,

    v.

DECCA RECORDS, INC., *et al.*,
    Defendants.

1:20-mc-778

(Original Civil Action No. 46-779)

*[stamp:]* USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: JAN 0 4, 2021

## ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for

termination of the final judgment entered in the above-captioned case, and the Court having

considered all papers filed in connection with this motion, and the Court finding that it is

appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated: _JAN 0 4, 2021_____

_George B. Daniels_____
United States District Court Judge
Southern District of New York